IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| RYAN ALEXANDER MAYS, | * |
| Plaintiff, | * |
| v. | Case No. 1:20-CV-165 (LAG) (TQL) |
| | * |
| WARDEN TAMARSHE SMITH, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## JUDGMENT

Pursuant to this Court's Order dated March 3, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 3rd day of March, 2022.

David W. Bunt, Clerk

s/ M. Danielle Morrow, Deputy Clerk